1  NEWPORT TRIAL GROUP
   Scott J. Ferrell, Bar No. 202091
2  Roger E. Borg, Bar No. 117765
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5  sferrell@trialnewport.com
6  rborg@trialnewport.com

7  Attorneys for Plaintiff Ron Markin

8
                **UNITED STATES DISTRICT COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10

11  RON MARKIN,                          Case No.  CV97-6218-KMW (Mcx)

12          Plaintiff,                   **[PROPOSED] RENEWAL OF
13                                        JUDGMENT AGAINST DEFENDANT
    vs.                                   THOMAS WOLF GROHMANN**
14
    THOMAS WOLF GROHMANN,                 [No Hearing Set Unless Ordered By Court]
15
            Defendant.
16

17

18

19          Pursuant to the Application of Plaintiff Ron Markin ("Plaintiff") submits this

20  Application for Renewal of Judgment Against Defendant Thomas Wolf Grohmann

21  ("Defendant") pursuant to Federal Rule of Civil Procedure 69 and California Code of

22  Civil Procedure Section 683.020 *et seq*, the Judgment entered in favor of Plaintiff and

23  against Defendant, on December 19, 2000, is in the amount of $1,211,675.50, plus

24  $1,500.00 in attorneys' fees, for a total original judgment amount of $1,213,175.50, is

25  hereby renewed, as of December 13, 2010, follows:

26  / / /

27  / / /

28  / / /

1      Amount of judgment:    $1,211,675.50, plus $1,500.00 in attorneys' fees, for a

2      total amount of $1,213,175.50

3      Less payments made:    $44,170.00

4      Post-judgment interest:    $954,296.46

5      *Application Filing Fee:    ~~$30.00~~

6      **\*Total amount of renewed judgment:** ~~$2,123,333.96.~~

7      2,123,303.96

8  Dated:     12/16/10

9      Lori Muraoka, Deputy Clerk

10     Clerk of the United States District Court
    Central District of California

12     *Per Linda Berger, Office Manager

13     for Scott J. Ferrell.